3:26MJ5418

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Chandler P. Cole, being first duly sworn, hereby depose and state the following:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been so since February 2023. I am currently assigned to the Cleveland Division, Lima Resident Agency. I worked in a similar capacity in the Chicago Division. I have investigated the commission of federal crimes involving criminal offenses and national security matters to include counterintelligence investigations, counterterrorism investigations, violent crimes, crimes against children, financial crimes, and drug trafficking. Prior to employment with the FBI, I worked in a law enforcement capacity for four years investigating white collar crime and violent crime against individuals with developmental disabilities and the elderly for the Ohio Attorney General. In the course of these duties, I have participated in numerous state and federal search and arrest operations and conducted associated interviews which have resulted in the collection of evidence and admissions of multiple criminal violations.

2. This affidavit is submitted in support of a criminal complaint charging JEREMIAH MOORE with Receipt and Distribution of Child Pornography, in violation of 18 U.S.C. § 2252(A) and Access with Intent to View Child Pornography in violation of18 U.S.C. § 2252(A)(4)(b).

3. On September 19, 2026, U.S. Secret Service Task Force Forensic Analyst Jason Howell was conducting an online investigation on the BitTorrent peer-to-peer network for offenders sharing child pornography. An investigation was initiated for a device at IP address 184.59.88.37, because it was associated with an info hash: 0f8d2a8c0896d024d55bc5d0fb6671a7e5ce8a62. This file references 268 files, at least one of which was identified as being a file of investigative interest to child pornography investigations.

4. Using a computer running investigative BitTorrent software, a direct connection was made to the device at IP address 184.59.88.37, hereinafter referred to as the "Suspect Device."

5. On September 19, 2026, at roughly 11:15 am, a download was successfully completed of 268 files that the device IP address 184.59.88.37 was made available or shared out. The device at IP address 184.59.88.37 was the sole candidate for each download, and as such, each file was downloaded directly and solely from this IP address.

6. Three of the above-mentioned files that were distrusted from the host computer at IP address 184.59.88.37 to the undercover tool are:

a. **File Name:** (Pthc) 9yo ru preteen rape fuck

b. **File Description:** Approximately twenty-two minute and sixteen second video depicting a prepubescent female being grabbed by the back of the neck by an adult male. The male then moved the prepubescent female to a nearby bed and, using a white rope, bounds her hands and feet. The female resists and the male sits on her head while he continued to bound her hands. The male the ties the females' feet together then attaches her bound hands to her bound feet behind her back. The male then pulls the females pants down and pulls her shirt up. The male unties ropes from the female and the two begin to wrestle. The female breaks free of the males' grasp and attempts to exit through the door but is unable. The male grabs the female by the back of the neck and front of the neck and moves her back to the bed. He then bounds her hands in front of her body and pulls them above her head. He then pulls her pants down and takers her shirt above her head and digitally penetrates her vagina. The

female makes multiple attempts to get away and is pushed to the bed. The male then pulls his pants down and penetrates the female vaginally with his penis. The male then moves the female and puts his penis in her mouth. The male then moves the female on her back and penetrates her with his fingers and places a condom on his penis and penetrates her with his penis.

c. **File Name:** pthc-Pedofilia 9 yo Abuse Kids Fucking Raped Latin (25:01 Min)

d. **File Description:** Approximately a twenty-five-minute video that begins with two pre-pubescent females laying on a bed. Both females are wearing two-piece bathing suits. Female 1 is wearing a pick bathing suit and Female 2 is wearing a floral bathing suit. An adult male wearing a striped shirt comes into the frame, sits in a chair and begins moving his hand up and down the front of Female 1. The adult male takes the camera from Female 2, and both females take off their bathing suits. The male comes into frame and is fully naked and lays next to Female 1. Female 2 switches spots with Female 1 and Female 2 begins preforming oral sex on the male. Female 1 switches with Female 2 and preforms oral sex on the adult male. Female 1 is then moved by the adult male facing away from him but placed on his lap. The adult male takes Female 1's hand and places it on his penis and moves it up and down. He does the same thing with Female 2. He then moves Female 2 on to her hands and knees and begins rubbing his penis on the bottom of her foot. Female 1 and Female 2 then rotate preforming sex on the adult male.

e. **File Name:** ULTIMATE PTHC Daphne 9yo plenity sex pleasure (babyshivid underage Babyj Hussyfan childlover xxxxx)

f. **File Description:** Approximately twenty-six-minute and forty-six second video depicting a pre-pubescent girl and adult male. [...]

7. A query on IP address 184.59.88.37 conducted through the American Registry of Internet Numbers (ARIN). Affiant discovered that the IP address was registered to Charter Communications. On or about September 29, 2026, investigators served an administrative subpoena to Charter Communications for subscriber information connected to the above-mentioned IP address for the dates and times listed. On October 6, 2026, Charter Communications responded with the following subscriber information:

a. Name: Sara Molter

b. Address: 801 Hurd Avenue Apartment H, Findlay, Ohio 45840

8. On October 6, 2026, investigators utilized the Ohio Law Enforcement Gateway (OHLEG) to discover that Sara Molter and Theodore Molter driver's licenses have the SUBJECT PREMISES listed as his home address. An open-source review of Sara Molter shows Theodore Molter as Sara's husband.

9. On October 6, 2026, Affiant conducted surveillance on the SUBJECT PREMISES. Affiant noted a brick, multi-unit apartment complex designating individual apartments with letters. The SUBJECT PREMISES has an "H" located on the door, and an "H"

to the left of the door. There is a motion detecting security light with a possible camera attached. There were multiple inflatable Halloween decorations just outside the door and a blue Chevrolet Impala outside the door.

10. On October 6, 2026, Affiant conducted surveillance on the SUBJECT PREMISES and identified a blue Chevrolet Impala with Ohio license plate JKW4746. Affiant utilized OHLEG and confirmed the vehicles were registered to Sara Molter. While conducting surveillance, Affiant opened Wi-Fi settings on his FBI issued cellphone and confirmed all Wi-Fi services near the SUBJECT RESIDENCE were password protected.

11. On October 14, 2026, a federal search warrant for child pornography offenses was executed at 801 Hurd Avenue Apartment H, Findlay, Ohio 45840. During the execution, your Affiant encountered Sara and Theodore Molter. Your Affiant learned that JEREMIAH MOORE was residing at the residence from May 2026 to on or about September 21, 2026.

12. Further, your Affiant learned that MOORE is Theodore's cousin and he moved in with Theodore and Sara after his home was searched as a result of a joint Seneca County/FBI search warrant for child exploitation material on April 14, 2026.

13. Your Affiant then contacted the Seneca County Sherriff's office and obtained a copy of the state search warrant and relevant reports. Your affiant learned in January 2026, Detective Eric England was conducting an online investigation on BitTorrent network for offenders sharing child pornography material. Det. England reported an undercover download of child pornography images and videos were obtained from an IP address at 8371 West County Road 28, Fostoria, Ohio 44830. A state search warrant for child pornography offenses was executed on April 14, 2026.

14. According to police reports, agents observed MOORE to have a Samsung GalaxyA15 cell phone. Within the cell phone, the Chrome browser was reviewed. Agents observed search terms such as “child porn” and “preteen”. Other residents lived at home at that time. No other items were located on devices from other residents.

15. Screenshots of MOORE’s phone from the April 2026 search warrant execution can be seen below:









16. Based on your Affiant's training and experience, Torrent is commonly used to access child pornography files. Further, terms such as "preteen" and "loli" are also used to search for child pornography materials.

17. According to reports from the search warrant execution in April 2026, JEREMIAH took a polygraph and failed the polygraph as to hands on and child pornography offenses.

18. Both Sara and Theodore stated their Wi-Fi is password protected and that JEREMIAH MOORE has the password. He had access to their Wi-Fi from May to September 2026. They stated MOORE was at their residence on October 13, 2026, also utilizing their Wi-Fi to download games to his phone. Sara stated that JEREMIAH uses a cellphone to do this, and she has only seen him with a cellphone.

19. Your affiant believes that JEREMIAH MOORE has been utilizing his cellphone and other electronic devices to download child pornography.

20. On October 14, 2026, a federal search warrant for JEREMIAH MOORE's person and his devices were executed. The device on MOORE's person was a Galaxy A17 (DEVICE) with serial number R5GL66FC04E and IMEI 357389401376476.

21. MOORE was Mirandized and agreed to be interviewed without an attorney present. MOORE said he knew why he was being detained and said he had a problem with porn. He was adamant he did not watch child pornography and gave Affiant his DEVICE passcode, 4355. A review of the DEVICE, Affiant and other Agents confirmed there was child sexual abuse material on the DEVICE. MOORE admitted to liking sixteen- to seventeen-year-old pornography, but nothing young. Under Google Chrome internet browser, Affiant located a website named AV4US, and review of search terms on the site revealed terms such as; PEDOOO, Preteen, children, lolita91, 9yo Daphne, toddlerkon, and av 4 us kids. The videos associated with this showed the lascivious display prepubescent female's vagina and a prepubescent female preforming oral sex on an adult male penis.

22. MOORE admitted to viewing this site because it had more to offer like incest and bestiality pornography. A review of the same website showed multiple videos of females receiving oral sex from canines and being penetrated vaginally by a canine.

## CONCLUSION

23. Based on the information contained herein, I believe probable cause exists that ROJAS has violated 18 U.S.C. § 2252(a)(2); Receipt and Distribution of Child Pornography and 18 U.S.C. § 2252(A)(4)(b); Access with Intent to View Child Pornography

Respectfully Submitted,

SA Chandler Cole, FBI

Sworn to via telephone after submission by
reliable electronic means pursuant to
Crim.R. 41(d)(3) and 4.1, this 15th day
of October 2026.

DARRELL A. CLAY
UNITED STATES MAGISTRATE JUDGE